JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRAZA & SONS HEAVY EQUIPMENTS, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation; AMTRUST NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No. **CV 20-8034-JFW(JEMx)**<br><br>**JUDGMENT** |

Whereas, by Order dated September 10, 2020 (Docket No. 12), the Court dismissed without prejudice Defendant Amtrust North America, Inc. from the Amended Complaint and dismissed the Third Cause of Action for Negligence alleged in the Amended Complaint pursuant to the stipulation of the parties;

Whereas, by Order dated May 26, 2021 (Docket No. 53), the Court granted Defendant Associated Industries Insurance Company, Inc.'s Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Associated Industries Insurance Company, Inc. was entitled to judgment as a matter of law on all claims for relief alleged against it;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Barraza & Sons Heavy Equipments, Inc. shall recover nothing from Defendant Associated Industries Insurance Company, Inc.;

2. Defendant Associated Industries Insurance Company, Inc. shall have judgment in its favor on Plaintiff Barraza & Sons Heavy Equipments, Inc.'s entire action; and

3. Defendant Associated Industries Insurance Company, Inc. shall recover from Plaintiff Barraza & Sons Heavy Equipments, Inc. its costs of suit in the sum of $_____.

IT IS SO ORDERED.

Dated: June 2, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE